UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| JULIE A. SU, Secretary of Labor )<br>United States Department of Labor )<br>    Petitioner )<br> )<br>v. )<br> )<br>JARETT FRANKLIN, )<br>Individually and in His Capacity as )<br>Custodian of Records for )<br>DELICIOSÒ ICE CREAM )<br>    Respondent ) | Misc. No. 4:23-mc-5-JM |

## RESPONSE TO PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA

Respondent, for its Response to Petition to Enforce Administrative Subpoena, states:

1. As set forth in detail in the accompanying Brief, the Secretary's Petition is based, in large part, on the sworn Declaration of Assistant District Director Kyle Fischer. For the most part, the Declaration consists of information of which the Declarant has no first-hand knowledge. Mr. Fischer is not competent to testify to this hearsay information.

2. Respondent, nonetheless, does not object to production of the requested documents (to the extent they exist), other than his personal tax returns.

3. Respondent's personal tax returns are confidential and irrelevant to the matter.

4. The fact that Respondent is agreeable to granting access to all requested records except personal tax returns has been conveyed to the Solicitor's office. The Solicitor's office, however, insists on production of personal tax returns despite articulating no theory as to how such are relevant.

1

WHEREFORE, Respondent respectfully requests that the Secretary's Petition be denied, and an Order be entered allowing the Secretary to review the requested documents, excluding his personal tax returns.

                Respectfully submitted,

                ROSE LAW FIRM
                a Professional Association
                120 East Fourth Street
                Little Rock, AR  72201
                (501) 375-0317 | Telephone
                (501) 375-1309 | Facsimile
                dmartin@roselawfirm.com

                By: */s/ David P. Martin*
                    David P. Martin (ABN: 92241)

                ***Attorney for Respondent***

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2023, a true and exact copy of the foregoing was filed with the Court's CM/ECF system, which will notify all counsel of record.

                */s/ David P. Martin*
                David P. Martin