UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| JULIE A. SU, Secretary of Labor ) <br> United States Department of Labor ) <br>     Petitioner ) <br> ) <br> v. ) <br> ) <br> JARETT FRANKLIN, ) <br> Individually and in His Capacity as ) <br> Custodian of Records for ) <br> DELICIOSÒ ICE CREAM ) <br>     Respondent ) | Misc. No. 4:23-mc-5-JM |

BRIEF IN SUPPORT OF
RESPONSE TO PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA

Comes Jarret Franklin ("Respondent"), by and through undersigned counsel, and for his Brief in Support of Response to Petition to Enforce Administrative Subpoena, states:

I. INTRODUCTION

The Secretary sets forth a tale of repeated attempts to contact Respondent and to serve him with a subpoena. The Secretary does so, however, with sworn testimony from people who were not present at the time of Respondent's alleged actions, letters to addresses that do not belong to and are not recognizable by Respondent, and phone messages supposedly left at telephone numbers with no capacity to record voice messages.

Respondent is not engaged in commerce to an extent that would make him subject to the minimum wage and overtime requirements of the Fair Labor Standards Act. Nonetheless, with one exception, he is perfectly willing to provide the requested documents, to the extent that they exist, for the Secretary to review. The one document that he should not be compelled to submit is his personal tax return, which is confidential and irrelevant. Respondent objects only to this

1

request for his personal tax return, as such is confidential and not relevant to the matter. This fact has been conveyed to the Solicitor's office, who rejected the idea on account of Respondent not agreeing that he was within the coverage of the Fair Labor Standards Act. How Respondent's personal tax return would be of assistance in determining coverage was left unexplained.

## II.   DISCUSSION

The Secretary's exhibits start with the Declaration of Wage Hour Assistant District Director Kyle Fischer. Assistant District Director Fischer begins by discussing a meeting at which he was not present. From there, he proceeds to discuss various events concerning which he has no personal knowledge. Because Mr. Fischer attempts to swear under oath to discussions and other events about which he has zero personal knowledge, Respondent requests that the Court strike Paragraphs 3 (all), 4 (all), 7 (all), 8 ("but Mr. Franklin refused to accept the subpoena. One of the attempts at service ended with Mr. Franklin fleeing the area at a high rate of speed, nearly causing an accident."), and 9 (all). In addition to being inadmissible hearsay, most of these allegations are denied by Mr. Franklin. (*See* attached Affidavit of Jarret Franklin.)

It is the position of Delicioso Ice Cream and Mr. Franklin that Delicioso is not "engaged in interstate commerce," as that phrase has been defined by the Courts. Despite not being covered by the Fair Labor Standards Act, other than personal tax returns, which are both confidential and irrelevant to the present action, Mr. Franklin and Delicioso are agreeable to allowing the Wage and Hour Division access to the records for review.

WHEREFORE, Respondent respectfully requests that the Secretary's Petition be denied, and an Order be entered allowing the Secretary to review the requested documents, excluding personal tax returns.

Respectfully submitted,

ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, AR  72201
(501) 375-0317 | Telephone
(501) 375-1309 | Facsimile
dmartin@roselawfirm.com


By:  /s/ David P. Martin
David P. Martin (ABN: 92241)

***Attorney for Respondent***


## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2023, a true and exact copy of the foregoing was filed with the Court's CM/ECF system, which will notify all counsel of record.


/s/ David P. Martin
David P. Martin

## **AFFIDAVIT OF JARRET FRANKLIN**

1. My name is Jarret Franklin. I am an owner of Made in America Innovations, Inc., d/b/a Delicioso Ice Cream.

2. In approximately April of 2022, I met with a person holding himself out as "Casey Warren." Mr. Warren identified himself as an investigator with the Wage and hour Division of the United States Department of Labor.

3. I asked Mr. Warren to show me his badge. I also asked him for a business card. He stated that both items were in his vehicle and that he would retrieve them.

4. After our talk, Mr. Warren left. I expected him to return with his business card and badge. He did not return, however.

5. During our conversation, Mr. Warren provided me with a telephone number at which he could be reached (501-223-9114). I called the number. There was no answer.

6. I have received a document entitled "Declaration of Wage Hour Assistant District Director Kyle Fischer."

7. To the best of my knowledge, I have never met Mr. Fischer. There was no one else present during my April 2022 talk with Casey Warren.

8. I have reviewed a letter dated April 20, 2022, attached to the Fischer Declaration, which was attached to the Petition to Enforce Administrative Subpoena. I never received a copy of this letter. The inside address of the letter is to "Made in America, Inc. dba Delicioso Ice Cream ATTN Jarrett Franklin 1800 W.C. Pl Russellville, AR 72802." In addition to misspelling my first name, the letter is addressed to a different company ("Made in America, Inc." versus "Made in America Innovations, Inc." and was apparently sent to an address in Russellville with which I am

1

not familiar. I have never had an address in Russellville, Arkansas and do not recognize the address "1800 W.C. Pl Russellville, AR 72802."

9. I have never received a letter dated July 13, 2022 from the Wage and Hour Division.

10. To the best of my knowledge, no process server has ever attempted to serve me with a subpoena in this matter.

11. The statement that I refused a process server's attempt to serve me with a subpoena in this matter and that this attempt ended with me "fleeing the area in [my] vehicle at a high rate of speed, nearly causing a traffic accident" is not correct.

12. The statement that I "discarded [a] subpoena on the ground" is not correct.

13. It is not possible to leave a message on the telephone at the Delicioso Ice Cream facility.

14. It is not possible to leave a message on my cellular phone.

15. The statements in this Affidavit are correct to the best of my knowledge. The statements in this Affidavit are based upon my personal knowledge and I am competent to testify to these statements.

DATED this 25th day of July, 2023.

_____
Jarret Franklin

## ACKNOWLEDGMENT

STATE OF ARKANSAS   )

COUNTY OF PULASKI   )

On this day personally appeared before me, the undersigned duly commissioned, qualified and acting Notary Public within and for the County and State aforesaid, Jarret Franklin, to me well known, who stated to me under oath that the statements contained in the foregoing Affidavit are true.

WITNESS my hand and seal this 25th day of July 2023.

_____
Notary Public

My Commission Expires:

3-31-2027

*[Notary Seal: PAM REHM, COMM. EXP. 3-31-2027, No. 12360428, SALINE COUNTY, NOTARY PUBLIC - ARKANSAS]*

3